**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                  Case No. 3:06-M-1015-J-MMH

JUAN CARLOS HERNANDEZ-GONZALEZ
_____

**O R D E R**

This cause came before the Court on February 22, 2006, for a status hearing. Defendant appeared before the Court with counsel and waived his right to be indicted within thirty days of his arrest, under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, as stated in the Waiver of Right to Speedy Indictment, filed in open court. In that regard, the Court made inquiry of Defendant, under oath, and based thereon, finds Defendant knowingly, intentionally, voluntarily, and freely waived his right under the Speedy Trial Act to be indicted within thirty days of his arrest. In addition, having considered the factors identified in 18 U.S.C. § 3161(h)(8)(B), the Court concludes in light of the reasons stated at the hearing  "that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. §

3161(h)(8)(A). Therefore, all time waived by the Defendant shall be considered as excludable time within the terms of 18 U.S.C. § 3161(h)(8)(A).

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd of February, 2006.

/s/         Howard T. Snyder
HOWARD T. SNYDER
UNITED   STATES   MAGISTRATE   JUDGE


Copies furnished to:

U.S. Attorney (Gallagher)
Federal Public Defender (Bailey)